Harry M. Simons, Jr., by Harry M. Simons, Sr., plaintiff in error, v. George Hollander and Guertin Evory, trading as Hollander & Evory, defendants in error. Gen. No. 32,045.

Opinion filed March 26, 1928.
Pines, Morse & Stein, for plaintiff in error. Harry A. Biossat, for George Hollander, defendant in error.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Carrie E. La Cloche, administratrix of the estate of Robert Hebenstreit, deceased, appellee, v. City of Chicago, appellant. Gen. No. 32,074.

Opinion filed March 26, 1928.
Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Hector A. Brouillet and Arthur Donoghue, Assistant City Attorneys, Cora B. Hirtzel and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Joseph D. Ryan, for appellee; Joseph D. Ryan and Edmund M. Sinnott, of counsel.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Jennie Seibert, appellant, v. Morton A. Seibert, appellee. Gen. No. 32,119.

Opinion filed March 26, 1928.
Wm. Cullen Burns, for appellant. Lester L. Bauer, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.